1

2

3          **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5

6      **BICH DUYEN PHAM AND AIPING GAN,**          CASE NO.  22-cv-00849-YGR

7              Plaintiffs**,**

8          vs.                                      **ORDER TO SHOW CAUSE; CONTINUING
                                                    CASE MANAGEMENT CONFERENCE**
9      **OVERTON SECURITY SERVICES, INC. ET AL,**

10             Defendants**.**

11

12         The parties are scheduled for a Case Management Conference on Monday, December 12,

13   2022.  The parties have failed to file a Joint Case Management Conference as required by the

14   Civil Local Rules.

15         "Unless otherwise ordered, no later than the date specified in Fed. R. Civ. P. 26(f),

16   counsel must file a Joint Case Management Statement . . . ," namely 7 days before the conference.

17   Civil L.R. 16-9(a).

18         "Unless otherwise ordered, no fewer than 7 days before any subsequent case management

19   conference, the parties must file a Joint Case Management Statement, reporting progress or

20   changes since the last statement was filed and making proposals for the remainder of the case

21   development process."  Civil L.R. 16-10(d).

22         The parties are hereby **ORDERED TO SHOW CAUSE** why they should not each be

23   sanctioned and fined $250 for failure to file a Joint Case Management Statement in a timely

24   manner.  A hearing on this Order to Show Cause will be held on **Wednesday, January 11, 2023,**

25   on the Court's **3:00 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland,

26   California, in Courtroom 1.

27         By no later than **Friday, December 16, 2022**, the parties must file (1) a Joint Case

28   Management Statement, which includes a statement that they have reviewed the Local Rules with

United States District Court
Northern District of California

respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not each be sanctioned and fined $250 for their failure to comply with the stated rule.  If the Court is satisfied with the parties' response, the parties need not appear, and the hearing will be taken off calendar.  Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement and written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for December 12, 2022 is **CONTINUED** to **Wednesday, January 11, 2023,** at **3:00 p.m.**

**IT IS SO ORDERED.**

Dated: 12/7/2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California