# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BICH DUYEN PHAM AND AIPING GAN,**<br>Plaintiffs**,**<br><br>vs.<br><br>**OVERTON SECURITY SERVICES, INC. ET AL,**<br>Defendants**.** | CASE NO. 22-cv-00849-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

At the Case Management Conference on January 11, 2023, the Court ordered the defendants to produce the purchase agreement within the week.[1] The Court has received plaintiff's letter indicating a failure to produce the same. (*See* Dkt. No. 42.)

The Court hereby issues this **ORDER TO SHOW CAUSE** why sanctions should not be issued for failure to comply. Lead counsel for defendant and any other counsel responsible for the production **SHALL PERSONALLY APPEAR** at the United States Courthouse at 1301 Clay Street, Oakland, California on **FRIDAY, FEBRUARY 3, 2023 AT 9:00 A.M.** Lead counsel for the defendants shall bring a copy of the purchase agreement for the Court and for plaintiffs and be prepared to explain to the Court why they failed to make the required production.

If defendants' counsel completes production of the purchase agreement and the Court receives certification of the same, before February 3, 2023, then this Order may be discharged.

**IT IS SO ORDERED.**

Dated: 1/30/2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court references the electronic page numbers because the pages of the letter are not numbered.