UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BICH DUYEN PHAM, et al., | Case No. 22-cv-00849-AMO |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| OVERTON SECURITY SERVICES, INC., et al., | |
| Defendants. | |

On February 23, 2024, the Court granted Defendant Overton Security Services, Inc.'s and Defendant CenterCal Properties, LLC's joint motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 23, 2024

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**